# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA GOLF PARTNERS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TGL GOLF HOLDINGS, LLC, a Delaware limited liability company; LA GOLF CLUB, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:25-CV-00816-WLH-JDE<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS OR STAY COMPLAINT** |

# [PROPOSED] ORDER

The Motion to Dismiss or Stay the Complaint, filed by Defendants TGL Golf Holdings, LLC and LA Golf Club, Inc., came for hearing before this Court on _____ at _____.

After full consideration of Defendants' Motion, the Memorandum of Points and Authorities, and all other papers and arguments presented, and good cause appearing, **IT IS HEREBY ORDERED THAT** the Motion is _____.

DATED: _____        _____
　　　　　　　　　　　　　　　　　　Honorable Wesley L. Hsu
　　　　　　　　　　　　　　　　　　United States District Judge